# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:04-CR-62 |
| ) | Judge Phillips |
| ANTON CLEMONS ) | |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Anton Clemons, and the defendant admits that he has violated certain conditions of his supervised release as set forth in the Petition. An agreement has been reached between the parties, recommending that Mr. Clemons' supervised release should be revoked and that he should receive a sentence of twenty-four (24) months incarceration with no supervised release to follow.

Mr. Clemons agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

The government agrees that Mr. Clemons will not be prosecuted in the Eastern District of Tennessee federal court for any controlled substance and/or firearms violations stemming from an investigation and arrest of Defendant which occurred on July 11 and July 12, 2007 in Washington County, Tennessee.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The violations alleged against the defendant include

"Grade A" and "C" violations. The defendant's criminal history category is VI. The advisory guideline range is 33-41 months which the Court has carefully considered. There is a statutory maximum of 2 years imprisonment which the Court has also considered. The Court has considered the fact that Defendant is agreeing to the maximum sentence of imprisonment but has also considered the fact that the government has agreed not to prosecute Defendant in the Eastern District of Tennessee federal court for controlled substance and/or firearms violations which are alleged to have occurred in the district on July 11 and July 12, 2007. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is hereby revoked. The defendant is hereby sentenced to a term of imprisonment of twenty-four (24) months, to be followed by no supervised release. It is RECOMMENDED that the Bureau of Prisons designate Anton Clemons to the Bureau of Prisons facility in McCreary County, Kentucky.

*Thomas H. Phillips*
Hon. Thomas W. Phillips
United States District Judge

APPROVED FOR ENTRY:

Tracee Plowell
Assistant U.S. Attorney

_____
Jonathan Moffatt
Attorney for Defendant

_____
Anton Clemons
Defendant

_____
Trine Robinette
U.S. Probation Office